April 23, 1968.

M. P. No. 421. RONALD W. GIBSON *v.* ANGELA DELLAVECHIA and NANCY E. McLELLAND. Motion of defendants to file peti-

tion for writ of certiorari denied. *Louis B. Cappuccio,* for plaintiff. *Higgins & Slattery, John A. Baglini,* for defendants.